THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, v. BARCLAY-ARROW HOLDING CORPORATION and Others, Defendants. IRVING TRUST COMPANY, as Trustee in Bankruptcy of the Defendant BARCLAY-ARROW HOLDING CORPORATION, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements and the motion granted. The case

to retain its place on the calendar and issue to remain as of original date; answer of said trustee to be served within ten days from date of entry of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.